**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LIONELL JACKSON,                                          )
                                                         )
        Plaintiff,                                    )
                                                         )
    v.                                                   )         2:15-cv-01788-GMN-NJK
                                                         )
GREGORY COX et al.,                                      )         **ORDER**
                                                         )
        Defendants.                                   )
                                                         )
_____                 )

**I.    DISCUSSION**

      The Court has not scheduled an Inmate Early Mediation Conference in this case.  (*See generally* ECF No. 7). Defendants now request that the Court schedule an early mediation conference and extend the stay until five days after the conclusion of the mediation conference.  (*Id.*).  The Court **GRANTS** Defendants' motion.  The Court will schedule an Inmate Early Mediation Conference in a separate order.  The Court extends the stay until five days after the conclusion of the mediation conference.  Defendants shall file a status report on or before the five days after the conclusion of the mediation conference.

**II.    CONCLUSION**

      For the foregoing reasons, IT IS ORDERED that the motion to extend the stay and request for early mediation conference (ECF No. 7) is **GRANTED**.  Defendants shall file their status report on or before the five days after the conclusion of the early mediation conference.

      DATED: This 1st day of June, 2016.

                                 _____
                                  NANCY J. KOPPE
                                  United States Magistrate Judge