# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LIONELL JACKSON, | |
| Plaintiff, | |
| v. | 2:15-cv-01788-GMN-NJK |
| GREGORY COX et al., | **ORDER** |
| Defendants. | |

## I. DISCUSSION

On August 12, 2016, the parties had an Inmate Early Mediation Conference for this case and reached a settlement. (ECF No. 10). Defendants seek an extension of the stay to finalize the settlement agreement. (ECF No. 12). The Court grants the motion for extension of time. The stay is extended through Friday, October 14, 2016. On or before October 14, 2016, the parties shall file a stipulation of dismissal.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 12) is granted. The stay is extended through Friday, October 14, 2016. The parties shall file a stipulation of dismissal on or before that date.

DATED: This 18th day of August, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge