1  ADAM PAUL LAXALT
     Attorney General
2  Theresa M. Haar (Bar. No. 12158)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Avenue, Suite 3900
   Las Vegas, NV 89101
5  (702) 486-3792 (phone)
   (702) 486-3773 (fax)
6  thaar@ag.nv.gov

7  Attorneys for Defendant Aaron Dicus

8                   UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10  Lionell Jackson,                          | CASE NO. 2:15-cv-01788-GMN-NJK

11          Plaintiff,                        | **STIPULATION AND ORDER FOR**
                                              | **DISMISSAL WITH PREJUDICE**
12   vs.

13  Director Gregory Cox, et al.,

14          Defendants.

15        Plaintiff, Lionell Jackson, appearing by and through counsel, Travis Barrick, Esq.,

16  and Defendant Aaron Dicus, by and through counsel, Adam Paul Laxalt, Nevada Attorney

17  General, and Theresa M. Haar, Deputy Attorney General, hereby stipulate and agree

18  pursuant to Fed. R. Civ. P. 41(a)(2), that the above-captioned action should be dismissed

19  with prejudice by order of this Court.

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    This Stipulation for Dismissal with Prejudice is executed as part of a settlement

2 between the parties.   Pursuant to the terms of the Settlement Agreement and Full and

3 Final Release, each party will bear its own attorneys' fees and costs.

4

5    GALLIAN WELKER & BECKSTROM, LC    ADAM PAUL LAXALT
                                                        Attorney General
6

7    Date: <u>October 13, 2016</u>        Date: <u>October 13, 2016</u>

8    By: */s/ Travis Barrick*           By: */s/ Theresa M. Haar*
     Travis N. Barrick                   Theresa M. Haar
9    Nevada Bar No. 9257                 Nevada Bar No. 12158
     540 E. St. Louis Avenue             555 E. Washington Avenue, Ste. 3900
10   Las Vegas, NV 89104                 Las Vegas, NV 89101
     Attorney for Plaintiff             Attorneys for Defendants
11

12

13      **SO ORDERED.**

14      Dated this <u>17</u> day of <u>October</u>, 2016.

15

16                              _____
                                UNITED STATES DISTRICT COURT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28